19 Ill. App.2d 574 (1958)
154 N.E.2d 848
A.A. Store Fixture Mart Co., Inc., Appellee,
v.
Seay & Thomas, Inc., Appellant.
Gen. No. 47,415.
Illinois Appellate Court  First District, First Division.
December 8, 1958.
Released for publication January 23, 1959.
Kaiser, Dodge, Dornbaugh & Sullivan (G.W. Sullivan, of counsel) for appellant.
Singer & Singer (Paul S. Stern, of counsel) for appellee.
(Abstract of Decision.)
Opinion by JUSTICE ROBSON.
Affirmed.
Not to be published in full.